证书号 第3461644号




# 外观设计专利证书

外观设计名称：3D打印笔

设　计　人：叶金；史建俊；熊新娟

专　利　号：ZL 2015 3 0222925.6

专利申请日：2015年06月29日

专利权人：叶金

授权公告日：2015年11月18日

　　本外观设计经过本局依照中华人民共和国专利法进行初步审查，决定授予专利权，颁发本证书并在专利登记簿上予以登记。专利权自授权公告之日起生效。

　　本专利的专利权期限为十年，自申请日起算。专利权人应当依照专利法及其实施细则规定缴纳年费。本专利的年费应当在每年06月29日前缴纳。未按照规定缴纳年费的，专利权自应当缴纳年费期满之日起终止。

　　专利证书记载专利权登记时的法律状况。专利权的转移、质押、无效、终止、恢复和专利权人的姓名或名称、国籍、地址变更等事项记载在专利登记簿上。

局长
申长雨




第1页（共1页）

EXHIBIT 2

# 中华人民共和国国家知识产权局

## 外观设计专利权评价报告



| 专利号：ZL201530222925.6 | 申请日：2015年6月29日 | 优先权日：___年_月_日 |
|---|---|---|
| 授权公告日：2015年11月18日 | 外观设计名称：3D打印笔 | |
| 专利权人：叶金 | 请求人：叶金 | |
| 请求日：2016年8月5日 | 形式审查合格日：2016年8月15日 | |
| 评价报告总计5页 | ☒附有报告中引用的各相关文件的副本13份 | |

本专利权评价报告不是行政决定，当事人不能就本专利权评价报告提起行政复议和行政诉讼。

评价所针对的文本
☒ 与授权公告一并公布的专利文件
☐ 由生效的无效宣告请求审查决定维持有效的专利文件，其中涉及第_____号无效宣告请求审查决定

检索针对的外观设计：
☒ 全部外观设计_____：
☐ 外观设计_____未被检索，因为其主题属于专利法第五条或第二十五条规定的范围；
☐ 外观设计_____未被检索，因为不属于专利法第二条第四款规定的客体；
☐ 外观设计_____未被检索，因为其图片或者照片未清楚地显示要求专利保护的产品的外观设计。

- 1 -

1/20



| A. 外观设计的类别 | 08-05 |
| --- | --- |
| B. 检索领域 | 19-06；15-09；14-02；08-05 |

C. 在检索时查阅的电子数据库(数据库的名称和/或使用的检索式)

1985 年 9 月 10 日至 2016 年 9 月 21 日的《中国外观设计专利公报》；
(洛迦诺分类号-'19-06' OR '15-09' OR '14-02' OR '08-05') AND (申请日-'[., 2015-12-29]')
1998 年 5 月 15 日至 2016 年 4 月 29 日的《韩国外观设计专利公报》、1997 年 1 月 7 日至 2016 年 6 月 28 日的《美国外观设计专利公报》、2000 年 1 月 11 日至 2016 年 6 月 27 日的《日本外观设计专利公报》、2000 年 1 月 31 日至 2016 年 6 月 24 日的《WIPO 外观设计专利公报》；
(洛迦诺分类号-'19-06' OR '15-09' OR '14-02' OR '08-05') AND (公告日-'[., 2015-06-28]')

D. 相关文件

| 类型 * | 文献号或书名（包括期刊卷号/期号） | 公开/出版/发行日期 | 类别 | 相关部分 | 涉及的外观设计 |
| --- | --- | --- | --- | --- | --- |
| A | CN303181684S | 2015-04-22 | 15-09 | 整体 | 全部 |
| A | CN303166647S | 2015-04-15 | 08-05 | 整体 | 全部 |
| A | CN303190955S | 2015-04-29 | 19-06 | 整体 | 全部 |
| A | CN302781312S | 2014-04-02 | 15-09 | 整体 | 全部 |
| A | CN303020084S | 2014-12-03 | 15-09 | 整体 | 全部 |
| A | CN302680797S | 2013-12-11 | 14-02 | 整体 | 全部 |
| A | USD0609743 | 2010-02-09 | 19-06 | 整体 | 全部 |
| A | CN302836282S | 2014-06-04 | 14-02 | 整体 | 全部 |
| A | KR30-0315453 | 2003-01-10 | 14-02 | 整体 | 全部 |
| A | CN302826272S | 2014-05-21 | 19-06 | 整体 | 全部 |

☒ 其余的相关文件，参见续页1。

* 引用文件的专用类型：

"X" 单独导致外观设计专利不符合专利法第二十三条第一款和/或第二款规定的现有设计文件；

"Y" 与报告中其他现有设计文件结合导致外观设计专利不符合专利法第二十三条第二款规定的现有设计文件；

"R" 在申请日向专利局提交的属于同样的发明创造的外观设计专利文件；

"A" 背景文件，即反映外观设计的部分设计特征或者有关的现有设计文件；

"E" 与外观设计专利相同或实质相同的抵触申请文件；

"P" 中间文件，其公开日在外观设计专利的申请日与所要求的优先权日之间的文件，或者会导致需要核实外观设计专利优先权的文件。

E. 关于是否符合授予专利权条件的初步结论以及对初步结论的具体说明和解释

1. 初步结论：

☒ 全部外观设计未发现存在不符合授予专利权条件的缺陷。
☐ 全部外观设计不符合授予专利权条件。
☐ 该外观设计的＿＿＿＿＿不符合授予专利权条件，该外观设计的＿＿＿＿＿未发现存在不符合授予专利权条件的缺陷。

具体的不符合授予专利权条件的缺陷如下：
☐ 外观设计＿＿＿＿＿属于专利法第五条第一款规定的不授予专利权的范围。
☐ 外观设计＿＿＿＿＿属于专利法第二十五条第一款第六项规定的不授予专利权的范围。
☐ 外观设计＿＿＿＿＿不符合专利法第二条第四款的规定。
☐ 外观设计＿＿＿＿＿不符合专利法第二十三条第一款的规定。
☐ 外观设计＿＿＿＿＿不符合专利法第二十三条第二款的规定。
☐ 外观设计＿＿＿＿＿不符合专利法第九条的规定。
☐ 外观设计＿＿＿＿＿不符合专利法第二十七条第二款的规定。
☐ 外观设计＿＿＿＿＿不符合专利法第三十三条或实施细则第四十三条第一款的规定。

2. 对初步结论的具体说明和解释：

专利法第二十三条第一款规定："授予专利权的外观设计，应当不属于现有设计；也没有任何单位或者个人就同样的外观设计在申请日以前向国务院专利行政部门提出过申请，并记载在申请日以后公告的专利文件中。" 具体地说，若一项外观设计与对比设计相比，二者不属于相同或实质相同的外观设计，则认为本专利不属于现有外观设计以及本专利与对比设计不属于同样的外观设计，所述外观设计符合专利法第二十三条第一款的规定。

专利法第二十三条第二款规定："授予专利权的外观设计与现有设计或者现有设计特征的组合相比，应当具有明显区别。" 具体地说，若一项外观设计与现有设计或现有设计特征组合相比，二者的差别对于产品外观设计的整体视觉效果具有显著影响，则认为所述外观设计符合专利法第二十三条第二款的规定。

专利法第二十三条第四款规定"本法所称现有设计，是指申请日以前在国内外为公众所知的设计。"

判断外观设计专利是否符合专利法第二十三条第一款及第二款的规定时，应当基于外观设计产品的一般消费者的知识水平和认知能力进行评价。一般消费者是一个虚拟的主体，作为本产品的一般消费者，应当对本专利申请日之前本产品和其他类似产品的外观设计及其常用设计手法具有常识性的了解，对本专利和其他类似产品之间在形状、图案以及色彩上的区别具有一定的分辨力，但不会注意到产品的形状、图案以及色彩的微小变化。

☒ 对初步结论的具体说明和解释，参见续页 II。



| | 审查员：<br>赵北北<br>李冀鳌 | 审核员：<br>赵亮 | 完成日期：<br>2016年10月9日 |
|---|---|---|---|

| 相关文件，续页 I | | | | | |
|---|---|---|---|---|---|
| 类型 * | 文献号或书名（包括期刊卷号/期号） | 公开/出版/发行日期 | 类别 | 相关部分 | 涉及的外观设计 |
| A | CN300689619D | 2007-09-12 | 14-02 | 整体 | 全部 |
| A | CN303187798S | 2015-04-29 | 08-05 | 整体 | 全部 |



对初步结论的具体说明和解释，续页 II

  本专利产品为"3D 打印笔"的外观设计，在与本专利产品相同和相近种类产品中经过检索得到反映本专利部分设计特征和有关的设计文件若干，即对比设计 1-对比设计 12。

  本专利与对比设计 1 在产品整体外轮廓形状、前侧面显示屏周边造型及布局设计、各功能按键的造型及布局设计上均有较大差异，其他对比设计与本专利的差异更显著。

  上述区别点对外观设计的整体视觉效果具有显著影响，因此本专利与现有设计之间具有显著差异，符合专利法第二十三条第一款、第二款的规定。

  此外，未发现本专利存在其他不符合专利法有关外观设计授权条件的缺陷。



本专利:

[11]授权公告号: CN303449655S  [45]授权公告日: 2015-11-18

[22]申请日: 2015.06.29  [21]申请号: CN201530222925.6  分类号: 08-05

[72]设计人: 叶金;史建俊;熊新娟  [30]优先权:  文献号: CN303449655S

[73]专利权人: 叶金  地址: 213000 江苏省常州市武进区洛阳镇洛东村委中街新村2幢1号

[74]专利代理机构: 常州市复成专利事务所(普通合伙)32233  代理人: 姜佩娟

[57]简要说明: 1. 本外观设计产品的名称: 3D打印笔; 2. 本外观设计产品的用途: 本外观设计产品用于绘制3D图形; 3. 本外观设计产品的设计要点: 在于产品的形状、图案及其结合; 4. 最能表明本外观设计设计要点的图片或照片: 立体图; 5. 省略视图: 其他视图无设计要点,故省略。

[54]使用外观设计的产品名称: 3D打印笔

注解: 1. 由于篇幅所限,部分著录项目未显示。2. 为了清楚显示视图,未按比例进行显示。


主视图


后视图


左视图


右视图


俯视图


仰视图


立体图

本专利简要说明：
1. 本外观设计产品的名称：3D 打印笔；2. 本外观设计产品的用途：本外观设计产品用于绘制 3D 图形；3. 本外观设计产品的设计要点：在于产品的形状、图案及其结合；4. 最能表明本外观设计设计要点的图片或照片：立体图；5. 省略视图：其他视图无设计要点，故省略。



First factory sale — Oct. 2014

-7-

4/21/2015 — my first Amazon sale