# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| YURI GAGARIN LLC, | CASE NO. 1:17-cv-00745 |
| Plaintiff | |
| v. | JUDGE DAN AARON POLSTER |
| MIN LIU, | |
| Defendant. | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Please take notice that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Yuri Gagarin, LLC hereby dismisses all claims in the above captioned lawsuit without prejudice.

Dated: April 27, 2017

/s/ *Mark C. Johnson*
Mark C. Johnson (0072625)
mjohnson@rennerotto.com
Renner Otto
1621 Euclid Avenue, Floor 19
Cleveland, Ohio 44115
t: 216-621-1113
f: 216-621-6165